UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 16-8190 |
| v. | : Hon. Leda Dunn Wettre |
| JOSEPH TAUB and ELAZAR SHMALO | : **SEALING ORDER** |

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Daniel Shapiro, Assistant United States Attorney, appearing), for an order sealing the Complaint and Arrest Warrants issued on this date, and for good cause shown,

IT IS on this 9th day of December, 2016,

ORDERED that the Complaint, Arrest Warrants, and all related documents, except as necessary to effectuate the arrest of the defendants, be and hereby are sealed until the arrest of any defendant or until further Order of this Court.

_____
Honorable Leda Dunn Wettre
United States Magistrate Judge