**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** May 28, 2019
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET # 18-79**

UNITED STATES OF AMERICA
      vs.
Joseph Taub

**APPEARANCES:**

Daniel Shapiro, AUSA for Government
Zack Intrater, AUSA for Government
Larry Lustberg, Esq. for Defendant
Steven Yurowitz, Esq. for Defendant
Jack Arseneault, Esq. for Defendant
Greg Jones, Esq. for Defendant
**Defendant present.**

**Nature of Proceedings**:  STATUS CONFERENCE

Counsel advised the Court as to the status of this matter and possibility of a superseding indictment.

**Time Commenced:** 3:00
**Time Adjourned:**  4:00
**Total Time:**  1:00

                                              RoseMarie Olivieri
                                              SENIOR COURTROOM DEPUTY