

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*      973-645-2700
*Newark, New Jersey 07102*

May 22, 2020

Hon. John Michael Vazquez
United States District Judge
Frank Lautenberg Post Office &
    U.S. Courthouse
2 Federal Square
Newark, NJ 07101

      Re:    *United States v. Joseph Taub,* Crim. No. 18-79

Dear Judge Vazquez:

      We write to request that the Court schedule a telephonic status conference prior to May 29, 2020, to discuss the scheduling of the defendant's plea hearing. We further request the defendant be required to attend.

      On May 5, 2020, the Government filed a letter setting forth a deadline of May 29, 2020, for the defendant to enter his plea and after which the Government would withdraw and void the plea agreement. (Doc 117.) On May 6, 2020, the defendant filed a letter objecting to the Government's deadline. (Doc 118.) The defendant's letter reiterated that the defendant would not consent to enter his plea by video, but also stated that "Mr. Taub was and is ready and willing to proceed with the plea hearing." (*Id.*)

      Respectfully submitted,

      CRAIG CARPENITO
      United States Attorney

      /s/ Daniel V. Shapiro

      By:    DANIEL V. SHAPIRO
             CATHERINE R. MURPHY
             JENNIFER S. KOZAR
      Assistant U.S. Attorneys